IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

**GEORGE DOEST, Individually and on behalf of all others similarly situated,**

      **Plaintiff,**

   v.                                   Civil Action No. 4:18cv00119-O

**VERIPRO SOLUTIONS INC.,**

      **Defendant.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff George Doest ("Plaintiff"), by counsel, and Defendant Veripro Solutions Inc. ("Defendant"), by counsel, hereby submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Amended Complaint against Defendant, have been settled. The parties are in the process of executing the settlement terms. The parties anticipate submitting a Stipulation of Dismissal with prejudice for entry by the Court within sixty days of the date of this Notice.

Submitted on: February 15, 2019           Respectfully submitted,

                                                      **VERIPRO SOLUTIONS INC.**

                                                    /s/ Virginia Bell Flynn
                                                    Virginia Bell Flynn
                                                    Texas Bar No. 24101258
                                                    Troutman Sanders LLP
                                                    4320 Fairfax Avenue
                                                    Dallas, Texas 75205
                                                    Phone: (804) 697-1480
                                                    Email: virginia.flynn@troutman.com

John Lynch (admitted *pro hac vice*)
Maryia Jones (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
E-mail: john.lynch@troutman.com
E-Mail: maryia.jones@troutman.com

**GEORGE DOEST**

/s/ Ari Marcus
Ari Marcus, Esquire
Yitzchak Zelman, Esquire
Marcus & Zelman LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Telephone: 845-367-7146
Facsimile: 732-298-6256
Email: yzelman@marcuszelman.com